JS-6

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **DANIELLE H. WOODARD,**<br>Plaintiff,<br>**v.**<br>**MICHAEL TIPPETT, STATE OF CALIFORNIA, AND DOES 1 THROUGH 10, INCLUSIVE,**<br>Defendants. | CV15-07452 RGK (KSx)<br>[PROPOSED] JUDGMENT<br>Judge: The Honorable R. Gary Klausner<br>Hearing Date: August 29, 2016<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Trial Date: November 15, 2016<br>Action Filed: September 23, 2015 |

**JUDGMENT**

After consideration of the papers in support of and in opposition to Defendant California Highway Patrol Officer Michael Tippett's Motion for Summary Judgment or, in the Alternative, for Summary Adjudication of Claims filed by Defendant California Highway Patrol Officer Michael Tippett, and the oral argument of counsel, this court finds that there is no genuine dispute as to any material fact and that the moving party is entitled to judgment as a matter of law.

Therefore, the Court orders Summary Judgment in favor of Defendant California Highway Patrol Officer Michael Tippett on all claims asserted in the Complaint in this matter.

Plaintiff's Complaint shall be dismissed with prejudice.

IT IS SO ORDERED.

DATED: September 9, 2016

HON. R. GARY KLAUSNER
United States District Court Judge

Submitted by:

KAMALA D. HARRIS
Attorney General of California
ELIZABETH S. ANGRES
Supervising Deputy Attorney General

/S/ GALA E. DUNN
GALA E. DUNN
Deputy Attorney General
*Attorneys for Defendant California Highway Patrol Officer Michael Tippett*

LA2015603340
62058961.docx